# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Ricardo Rivera Romero

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department Of Homeland Security, The, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Department of Homeland Security

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00093 KMM/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED IN PART** and **DENIED IN PART**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. **ORDERS** Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days.

4. **ORDERS** Respondents to file an update with the Court by noon on the eighth day demonstrating that such a hearing has taken place.

The Remainder of Petitioner's petition is **DENIED WITHOUT PREJUDICE.**

Date: 1/15/2026

KATE M. FOGARTY, CLERK